Case 4:09-cv-00140-JMM   Document 22   Filed 12/16/09   Page 1 of 1

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 16 2009

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ARKANSAS HEALTH GROUP and WHITE COUNTY MEDICAL CENTER | | PLAINTIFFS |
| v. | CASE NO. 4:09-CV-00140-JMM | |
| MICHAEL GEORGE MANOLIOS | | DEFENDANT |

## STIPULATED ORDER OF DISMISSAL

By stipulation of the parties, as evidenced by the signatures of their attorneys, below, it is hereby ORDERED that this action is dismissed with prejudice; provided, the Court shall retain jurisdiction over this matter through and including August 31, 2011, during which period either party may request the Court to reopen these proceedings for the purpose of enforcing the terms of the settlement agreement reached by them.

ENTERED this 16 day of December, 2009.

_____
United States District Judge

SO STIPULATED:

| | |
|---|---|
| QUATTLEBAUM, GROOMS TULL & BURROW PLLC<br>111 Center Street, Suite 1900<br>Little Rock, AR 72201<br>Telephone: (501) 379-1700<br>Facsimile: (501) 379-1701<br><br>By: _____<br>Charles L. Schlumberger (79253)<br><br>*Attorneys for Arkansas Health Group and White County Medical Center* | WILLIAMS & ANDERSON PLC<br>111 Center Street Suite 2200<br>Little Rock, Arkansas 72201<br>(501) 372-0800<br>FAX (501) 372-6453<br><br>By: _____<br>Benjamin D. Brenner (2004172)<br><br>*Attorneys for Michael George Manolios* |